PER CURIAM.

Docketed and dismissed pursuant to motion of appellee.

PER CURIAM.

Order affirmed in open court on authority of Perry v. Irving Trust Company, as Trustee, etc., 69 F.(2d) 90.

Charles V. SAFFARIK, Appellant, v. UNITED STATES of America.

No. 10007.

Circuit Court of Appeals, Eighth Circuit.

May 9, 1934.

See, also, 62 F.(2d) 892; 63 F.(2d) 369.

Raymond T. Coffey, of Omaha, Neb., and J. R. Lones, for appellant.

Charles E. Sandall, U. S. Atty., of Omaha, Neb., and Robert Van Pelt, Asst. U. S. Atty., of Lincoln, Neb.

PER CURIAM.

Appeal docketed, and cause remanded, with instructions to set aside that part of judgment which sentences defendant and to dismiss indictment as to him, per stipulation of parties.

SIEGEL COMPANY v. COMMISSIONER OF INTERNAL REVENUE.

No. 6807.

Circuit Court of Appeals, Sixth Circuit.

June 6, 1934.

KixMiller, Baar & Hoffman, of Chicago, Ill., for petitioner.

Frank J. Wideman, Asst. Atty. Gen., for respondent.

PER CURIAM.

Docketed and remanded to Board of Tax Appeals for entry of order in accordance with stipulation of counsel.

In the Matter of SARNOFF–IRVING HAT STORES, Inc., Bankrupt. IRVING TRUST COMPANY, as Trustee, etc., Appellant.

No. 490.

Circuit Court of Appeals, Second Circuit.

June 20, 1934.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

Morris SINGER v. UNITED STATES of America.

No. 6692.

Circuit Court of Appeals, Sixth Circuit.

April 12, 1934.

Henry Lavine, of Cleveland, Ohio, for appellant.

E. B. Freed, U. S. Atty., of Cleveland, Ohio.

PER CURIAM.

Judgment of District Court reversed, and cause remanded, with instruction to dismiss indictment.

**Morris SINGER v. UNITED STATES of America.**

No. 6693.

Circuit Court of Appeals, Sixth Circuit.

April 12, 1934.

Henry Lavine, of Cleveland, Ohio, for appellant.

E. B. Freed, U. S. Atty., of Cleveland, Ohio.

PER CURIAM.

Judgment of District Court reversed, and cause remanded, with instruction to dismiss indictment.

**Ex parte In the Matter of STATE OF LOUISIANA, Robert S. Maestri, Commissioner of Conservation of the State of Louisiana.**

No. 7432.

Circuit Court of Appeals, Fifth Circuit.

June 25, 1934.

Gaston L. Porterie, Atty. Gen. of Louisiana, E. Howard M'Caleb and E. Howard M'Caleb, Jr., Sp. Assts. to Atty. Gen. of Louisiana, for petitioner.

Before BRYAN, FOSTER, and SIBLEY, Circuit Judges.

PER CURIAM.

The petition for the writ of prohibition or mandamus in the above-entitled cause is denied.

**Allie STEWART, Appellant, v. HUNTINGTON DEVELOPMENT & GAS COMPANY, a Corporation, Appellee.**

No. 3637.

Circuit Court of Appeals, Fourth Circuit.

June 28, 1934.

W. T. Lovins, of Huntington, W. Va., for appellant.

Harold A. Ritz, of Charleston, W. Va., W. C. W. Renshaw, of Huntington, W. Va., and B. J. Pettigrew, of Charleston, W. Va., for appellee.

Before PARKER, NORTHCOTT, and SOPER, Circuit Judges.

PER CURIAM.

This action of ejectment involves the ownership of the minerals underlying a thirty-one acre tract of land situate in Lincoln county, W. Va. Upon the conclusion of all the testimony, the court below directed a verdict in favor of the appellee and from the judgment entered on the verdict the appellant prosecutes this appeal. The case has been before this court on two former occasions. 44 F.(2d) 119, rehearing denied in 46 F.(2d) 462, and 54 F.(2d) 1068. On this, the third, trial, the evidence was the same as on the second trial, with, as stated by the judge below, "some slight exceptions." No evidence was offered that would cause us to change the conclusions reached in our former opinions.